IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PATTIE J. BARAN, SANDRA J. CURRY, DARLA J. ROGERS, MARY A. WISE, and TIM LEE,<br><br>    Defendants. | Case No. 12-cv-37-JPG-DGW |

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** April 26, 2013            NANCY J. ROSENSTENGEL, Clerk of Court

                                                    **s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**